

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| DALIA HUANTE-HERNANDEZ | CASE NUMBER: 07CR3419-WQH<br>07mj2641 |

I, <u>DALIA HUANTE-HERNANDEZ</u>, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12-20-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Dalia H.H_
Defendant

_Wendy S.___
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**
DEC 2 0 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY