UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 25 AM 9:03
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

FILED
2008 FEB 21 AM 11:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>DALIA HUANTE-HERNANDEZ (1),<br><br>              Defendant. | CASE NO. 07CR3419-WQH<br><br>JUDGMENT OF DISMISSAL |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of: **8:1325 Illegal Entry (Misdemeanor); 8:1325 Illegal Entry (Felony)**

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 19, 2008

                                        _____
                                        WILLIAM Q. HAYES
                                        UNITED STATES DISTRICT JUDGE

ENTERED ON 2/20/08

I have executed within Judgment of dismissal
Judgment and Commitment on 2/21/08

United States Marshal
By: _____
USMS Criminal Section